UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN A. DEMPSEY

Plaintiff,

v.

FICKETT, et al.,

Defendants.

Case No. 2:25-cv-2650-DAD-JDP (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT PREJUDICE

(Doc. No. 5)

Plaintiff initiated this civil action by filing a complaint on September 16, 2025, and proceeds *pro se*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On July 16, 2026, the assigned magistrate judge issued an order requiring plaintiff to show cause in writing within fourteen days of the service of the order why this action should not be dismissed due to plaintiff's failure to effect service of process within the time provided by Rule 4(m) of the Federal Rules of Civil Procedure. (Doc. No. 4.) Plaintiff did not respond to the order to show cause in any way. Accordingly, on August 13, 2026, the magistrate judge issued the pending findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to timely effect service of process and failure to comply with court orders. (Doc. Jo. 5.)

/////

Those findings and recommendations were served on plaintiff and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days of service.[1] (*Id.* at 3.) Plaintiff has not filed any objections, or otherwise communicated, with the court and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations filed August 13, 2026 (Doc. No. 5), are ADOPTED;
2. This action is dismissed without prejudice due to plaintiff's failure to effect service and failure to comply with court orders; and
3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: **October 14, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

[1] The court notes that those findings and recommendations were returned to the court by the U.S. Postal Service on November 25, 2025, as unable to forward.